IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:17cr229-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER OF FORFEITURE |
| v. | ) | |
| | ) | |
| CRAIG BRIAN NOBLETT | ) | |

In the Bill of Information in this case, (Doc. No. 17), the United States sought forfeiture of property of the defendant as property that was used or intended to be used to facilitate the crime(s) charged, which would be subject to forfeiture under 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

Defendant pled guilty to Counts One and Two in the Bill of Information and was adjudged guilty of the offenses charged in those counts. (Doc. No. 22: Acceptance and Entry of Guilty Plea). Based his plea, Defendant has admitted facts sufficient to forfeit specific property as described below, and the Government has established the requisite nexus between the property and such offenses. Defendant also agreed to the forfeiture of assets listed in the information. (Doc. No. 19: Plea Agreement at 3-4).

**IT IS, THEREFORE, ORDERED**:

1. Based upon Defendant's plea of guilty and stipulated Factual Basis, the United States is authorized to seize the following property belonging to Defendant, and it is hereby forfeited to the United States for disposition according to law, provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein:

**Approximately $2,716 in United States currency seized during the investigation on March 9, 2017;**

**One Ruger model P89, 9mm pistol, (serial number 304-28554) and ammunition, seized during the investigation on March 9, 2017;**

**One Keltec, model P32, .32 caliber pistol, (serial number 02184) and ammunition, seized during the investigation on March 9, 2017;**

**One Springfield Armory automatic, .40 caliber pistol (serial number XD44522), and ammunition, seized during the investigation on June 1, 2017;**

**One Beretta Industria SA automatic, 9mm caliber pistol (serial number PX311726), and ammunition, seized during the investigation on June 1, 2017;**

**One Mossberg, 12 gauge shotgun with pistol grip, black with wood fore grip, (serial number G753868A), and ammunition, seized during the investigation on June 1, 2017;**

**One Knight Mfg., .50 caliber black powder rifle (serial number 54575), and ammunition, seized during the investigation on June 1, 2017;**

**One Pink and black .22 caliber rifle with stock cut off (serial number 363889), and ammunition, seized during the investigation on June 1, 2017;**

**One Marlin, .22 caliber bolt action rifle manufactured before serial number required, and ammunition, seized during the investigation on June 1, 2017;**

**One Sturm, Ruger & CO semi-Automatic, .22 caliber rifle with large magazine (serial number 357-97458), seized during the investigation on June 1, 2017; and**

**One Marlin, .22 caliber semi-automatic rifle (serial number 08303935), seized during the investigation on June 1, 2017.**

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in

the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

4. If no third party files a timely claim, this Order of forfeiture shall become Final and shall be made part of the sentence and included in the judgment, as provided by Fed. R. Crim. P. 32.2(b)(4) and 32.2(c)(2).

Signed: March 7, 2018

Robert J. Conrad, Jr.
United States District Judge